**EXHIBIT A**



# Receive a <u>Promotional</u> Respironics Compressor / Nebulizer For Your Office



## <u>Fast, Efficient treatments in just 7 minutes!!!!!</u>

We are so sure that you will find the Respironics compressor/nebulizer to be the fastest, most efficient unit on the market today, that we will give you one just for trying it. Care Connection Plus is a home medical equipment supplier who will ship you 3 Respironics compressor/nebulizers at no cost to your office.

After you receive the compressor/nebulizers, administer a treatment to a patient and see for yourself that the treatment time is about 7 minutes. If you wish, dispense the other two units to patients who require aerosol treatments at home. (Care Connection Plus will bill the patient's health plan for the purchase). Care Connection Plus accepts all health plans. We service over 5,500 physician offices coast to coast.

If you find the Respironics compressor/nebulizer to be less than satisfactory in any way, Care Connection Plus will issue a UPS/FEDEX call tag to pickup the two unused units at no charge to you. You may keep the demo unit.

Please **fax** the completed form to Care Connection Plus at <u>877-717-8506</u> to receive your free promotional Respironics compressor/nebulizer. If you have any questions, please contact **Nichole Barbier at 586-746-5766.**

**Office Name** _____

**Address** _____

**City** _____ **State** _____ **Zip Code** _____

**Contact Person** _____

**Phone #** _____ **Fax#** _____

If you wish to be removed from this fax list please Call  <u>866-481-9638</u>

CC-39
05-18-11