IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSON

| | |
|---|---|
| WILDER CHIROPRACTIC, INC., a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                    Plaintiff,<br><br>        v.<br><br>NORTHWOOD, INC. d/b/a CARE CONNECTION PLUS and JOHN DOES 1-10,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 3:16-cv-0056<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, WILDER CHIROPRACTIC, INC., by and through its attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A), hereby dismisses this action with prejudice and without costs.  Defendant has not filed an answer or a motion for summary judgment as of the date this notice was filed.

Respectfully submitted,

WILDER CHIROPRACTIC, INC.

By: s/Brian J. Wanca
        Brian J. Wanca

Brian J. Wanca
Ryan M. Kelly
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500 / Fax: 847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        s/ Brian J. Wanca